# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHAEL HIGGINBOTHAM                                                                PLAINTIFF

V.                                    No. 3:21-CV-113-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

    DATED this 6th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE